FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 MAY 19 AM 11:27
CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN L. MEYERS, )<br>)<br>Defendant. ) | Case No. 1:04CR00104-1 |

## ORDER GRANTING LEAVE OF COURT

IT HAVING APPEARED TO THE COURT that John E. Price has petitioned the Court for leave for the period from July 4-8, 2016 (for the purpose of a family vacation), and the Court having no objection to same, said leave of court is hereby GRANTED.

This 19th day of May, 2016.

_____
HONORABLE DUDLEY H. BOWEN
JUDGE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

3